GAMBRELL TRANS–MOBILE, INC., and Adams Mobile Home Transport, Inc., Plaintiffs-Appellants,

v.

GEORGIA PUBLIC SERVICE COMMIS-SION et al., Defendants-Appellees.

No. 76–1963
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 28, 1977.

Bates Block, Atlanta, Ga., for plaintiffs-appellants.

R. Douglas Lackey, Lois F. Oakley, Asst. Attys. Gen., Arthur K. Bolton, Atty. Gen., Robert S. Stubbs, II, Chief Deputy Atty. Gen., Atlanta, Ga., for defendants-appellees.

Before GODBOLD, HILL and FAY, Circuit Judges.

PER CURIAM:

We affirm on the basis of our opinion in *Wells Fargo Armored Service, Corp. v. Georgia Public Service Commission,* 547 F.2d 938, 1977, No. 76–1866, decided today.

AFFIRMED